**Electronically Filed
Supreme Court
SCWC-18-0000887
12-NOV-2020
01:40 PM
Dkt. 11 ODAC**

SCWC-18-0000887

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TONY F. TORRES,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000887; 3DTC-17-012333)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Bissen, assigned by reason of vacancy)

Petitioner Tony F. Torres' application for writ of certiorari

filed on September 28, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, November 12, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Richard T. Bissen

